IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ANN TERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO.: 03-1329-T-An |
| | ) |
| THE SOUTHEASTERN BOLL WEEVIL | ) |
| ERADICATION FOUNDATION, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER SETTING STATUS CONFERENCE

Pursuant to an Order entered July 14, 2004, upon receipt of the ruling by the Sixth Circuit Court of Appeals in *Perry v. The Southeastern Boll Weevil Eradication Foundation, Inc., et al.* the Court will schedule a Status Conference in this case.

As such a Status Conference will be held on **WEDNESDAY, JANUARY 25, 2006 at 10:30 AM** in the Magistrate Judge's Courtroom, 4th Floor, U.S. Courthouse, Jackson, Tennessee.

At least 3 days before the conference, the parties shall submit a joint proposed Scheduling Order setting forth deadlines for completion of pretrial matters which is consistent with the Court's normal Scheduling Order. If counsel agree that the proposed Scheduling Order addresses all issues that require consideration by the Court at this time, then they shall notify the judge's secretary at the time the proposed Scheduling Order is submitted, and the Status Conference will

1

be canceled.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: December 29, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:03-CV-01329 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

D. Mitchell Henry
WEBSTER & HENRY
418 Scott St.
Ste. B
Montgomery, AL 36101--023

Melissa A. Maravich
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT